IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01814-WDM-MJW

DEBBIE ULIBARRI, et al.,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Motion for Leave to File Amended Complaint, DN 12, filed with the Court on October 18, 2007, is GRANTED.  The Amended Complaint is accepted for filing as of the date of this order.

Date:  October 24, 2007