IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01814-WDM-MJW

DEBBIE ULIBARRI, et al.,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Unopposed Motion for Protective Order (docket no. 32) is GRANTED. The written Protective Order (docket no. 32-2) is APPROVED as amended in paragraph 8 and made an Order of Court.

Date: January 28, 2008