IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01814-WDM-MJW

DEBBIE ULIBARRI, et al.,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

Defendants.

---

**ORDER REGARDING
PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED AND
SUPPLEMENTAL COMPLAINT (DOCKET NO. 40)**

---

**MICHAEL J. WATANABE
United States Magistrate Judge**

This matter is before the court on Plaintiffs' Motion for Leave to File Second Amended and Supplemental Complaint (docket no. 40). The court has reviewed the motion and the response thereto (docket no. 45). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rule of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Fed. R. Civ. P. 15(d) gives the trial court broad discretion to permit a party to serve a supplemental pleading setting forth post-complaint transactions, occurrences, or events. Walker v. United Parcel Service, Inc., 240 F.3d 1278 (10th Cir. 2001) (citing

Gillihan v. Shillinger, 872 F.2d 935, 941 (10th Cir. 1989)). Such authorization "should be liberally granted unless good cause exists for denying leave, such as prejudice to the defendants." Id. Fed. R. Civ. P. 15(a) provides that, after receipt of a responsive pleading, a party may amend its pleading only with leave of court and leave shall be freely given when justice so requires. Foman v. Davis, 371 U.S. 178, 182 (1962). Furthermore, under Fed. R. Civ. P. 16(b), good cause exists to amend in this case because there are changed circumstances, namely, the allegations of Sarah Burke arose after the filing of the complaint in this matter. The other changes involve the removal of claims against individual defendants.

Here, the court finds that defendants will not be prejudice by the requested amendments to the complaint. In fact, the Second Amended Complaint and Supplemental Complaint actually streamlines Plaintiffs' claims against Defendants. In addition, Plaintiffs have demonstrated changed circumstances that merit the requested amendments to the complaint and have further established that judicial economy would be served by allowing such amendment.

## ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court **ORDERS**:

1. That Plaintiffs' Motion for Leave to File Second Amended and Supplemental Complaint (docket no. 40) is **GRANTED**;

2. That the Second Amended and Supplemental Complaint (docket no. 40-2) is accepted for filing as of the date of this Order;

3. That each party shall pay their own attorney fees and costs for this motion.

Done this 25th day of February 2008.

BY THE COURT

s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S MAGISTRATE JUDGE