IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01814-WDM-MJW

DEBBIE ULIBARRI;
ESTATE OF SHAWN FRANCISCO VIGIL;
COLORADO CROSS-DISABILITY COALITION, a Colorado Corporation;
COLORADO ASSOCIATION OF THE DEAF, a Colorado Corporation;
ROGER KREBS;
SARAH BURKE;

    Plaintiffs,

v.

CITY & COUNTY OF DENVER, INCLUDING ITS SHERIFF DEPARTMENT, AND ITS POLICE DEPARTMENT;
ALVIN LACABE, in his official capacity as Manager of Public Safety for the City & County of Denver, and in his individual capacity;
WILLIAM LOVINGIER, in his official capacity as the Director of Corrections and Undersheriff for the City & County of Denver, and in his individual capacity;
RON D. FOOS, in his official capacity as Division Chief for the County Jail Division for the City & County of Denver, and in his individual capacity;
GARY WILSON, in his official capacity as Division Chief for the Pre-Arraignment Detention Facility Division, and in his individual capacity;
GERALD R. WHITMAN, in his official capacity as Chief of Police, and in his individual capacity.

    Defendants.

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Michael J. Watanabe:**

This matter is before the Court on the **Plaintiffs' Unopposed Motion for Scheduling Conference or in the Alternative to Amend Scheduling Order** [docket no. 52, filed March 19,

2008] (the "Motion").

IT IS ORDERED the Motion is GRANTED. The scheduling order deadlines and deadline for Plaintiffs' responses to the City and County of Denver, Colorado's discovery requests are amended as follows:

| Current dates: | Reset to: |
|---|---|
| discovery cut-off: June 30, 2008 | January 2, 2009 |
| dispositive motion deadline: August 15, 2008 | February 17, 2009 |
| expert witness disclosure: April 30, 2008 | October 30, 2008 |
| rebuttal expert disclosure: May 30, 2008 | December 1, 2008 |
| last set of requests for production, interrogatories, and requests for admission served: May 28, 2008 | November 28, 2008 |

The final pre-trial conference set for December 15 [~~12~~], 2008 is VACATED and RESET for March 9, 2009, at 8:30am. Proposed Final Pretrial Order is due March 3, 2009.

DATED: March 24, 2008

2 of 2 mjw