IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01814-WDM-MJW

DEBBIE ULIBARRI, et al.,

    Plaintiffs,

v.

CITY & COUNTY OF DENVER, INCLUDING ITS SHERIFF DEPARTMENT, AND ITS POLICE DEPARTMENT, et al.,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiffs' Unopposed Motion to Withdraw Objection and Vacate Telephone Status Conference (Docket No. 107) is granted. Accordingly, Plaintiffs' Objection to Magistrate Judge's Order Denying Plaintiffs' Request for Forthwith Telephone Hearing on Expert Disclosure Deadlines (Docket No. 99) is deemed withdrawn, and the telephone status conference set for tomorrow, November 14, 2008, at 9:30 a.m. before this court is vacated.

Date: November 13, 2008