# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| Civil Action No.   07-cv-01814-WDM-MJW | FTR - Courtroom A-502 |
| Date:   November 24, 2008 | Courtroom Deputy, Debra Brown |
| DEBBIE ULIBARRI, ESTATE OF SHAWN FRANCISCO VIGIL, et al | Paul Greisen Carrie A. Lucas |

                              Plaintiff(s),

v.

| | |
|---|---|
| CITY & COUNTY OF DENVER, INCLUDING ITS SHERIFF DEPARTMENT, AND ITS POLICE DEPARTMENT, et al, | Suzanne A. Fasing |

                              Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTION HEARING

**Court in Session: 10:02 a.m.**

Court calls case.  Appearances of counsel. Also present in the courtroom from the related case 07-cv-01571-MSK-BNB are Cathy Havener Grier, Linda Siderius, Rachel Ollar, Christian Lind, Darold Kilmer and Tom Rice.

Opening remarks by the Court regarding [110] MOTION to Quash Subpoena by Defendants filed 10/20/08.

10:05 a.m.     Arguments by Ms. Fasing.

10:15 a.m.     Arguments by Mr. Rice.

10:17 a.m.     Arguments by Mr. Lind.

10:18 a.m.     Arguments by Ms. Siderius.

10:21 a.m.     Arguments by Ms. Greer.

10:25 a.m.     Arguments by Paula Greisen.

10:37 a.m.     Arguments by Darold Kilmer.

10:53 a.m.     Rebuttal by Ms. Fasing.

Questions by the Court. Responses by Ms. Fasing, Tom Rice and Darold Kilmer.

11:01 a.m.     Rebuttal by Ms. Siderius.

Court's findings and orders.

ORDERED:    [110] MOTION to Quash Subpoena by Defendants filed 10/20/08 is **TAKEN UNDER ADVISEMENT.** The parties have up to and including December 12, 2008 to submit the documentation for "in camera" review as specified on the record. A written order and ruling shall issue.

Hearing concluded.

**Court in recess: 11:12 a.m.**
Total In-Court Time 01:10

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.