IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01814-WDM-MJW

DEBBIE ULIBARRI, et al.,

    Plaintiffs,

v.

CITY & COUNTY OF DENVER, INCLUDING ITS SHERIFF DEPARTMENT, AND ITS POLICE DEPARTMENT, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Plaintiffs' Motion for Expedited *in camera* Review of Kelly Costin Deposition (Docket No. 134) is **denied**. The court will review the Costin deposition transcript in due course along with all of the other materials submitted for *in camera* review as well as arguments of counsel concerning enforcement of the terms of the Rice case protective order.

Date: December 30, 2008