IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01814-WDM-MJW

DEBBIE ULIBARRI, et al.,

    Plaintiffs,

v.

CITY & COUNTY OF DENVER, INCLUDING ITS SHERIFF DEPARTMENT, AND ITS POLICE DEPARTMENT, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that Defendants' Unopposed Motion to Amend Scheduling Order (docket no. 161) is GRANTED finding good cause shown and finding no objection by Plaintiffs. The deadline to designate rebuttal experts is extended to March 20, 2009. The deadline to complete discovery for the limited purpose of deposing rebuttal experts is extended to April 20, 2009. The deadline to file dispositive motions is extended to May 20, 2009. The Rule 16 Scheduling Order (docket no.26) is amended consistent with this minute order.

Date: February 18, 2009