IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01814-WDM-MJW

DEBBIE ULIBARRI, et al.,

    Plaintiffs,

v.

CITY & COUNTY OF DENVER, INCLUDING ITS SHERIFF DEPARTMENT, AND ITS POLICE DEPARTMENT, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that Defendants' Motion to Amend Scheduling Order (docket no. 164) is GRANTED finding good cause shown. The deadline to designate rebuttal expert is extended to April 20, 2009 and the deadline to complete discovery for the limited purpose of taking the deposition of the rebuttal expert is extended to May 20, 2009. The dispositive motion deadline is extended to June 22, 2009. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: March 24, 2009