IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01814-WDM-MJW

DEBBIE ULIBARRI, et al.,

       Plaintiffs,

v.

CITY & COUNTY OF DENVER, INCLUDING ITS SHERIFF DEPARTMENT, AND ITS POLICE DEPARTMENT, et al.,

       Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

      It is hereby **ORDERED** that Plaintiffs' Motion to Compel Defendants to Produce Rule 30(b)(6) Designees for Depositions (Docket No. 168) is granted in part to the extent that the plaintiffs shall be permitted a total of no more than twelve (12) hours (more specifically, no more than three (3) hours each) to depose the four designated individuals, as offered by defendant.  Twelve hours should be more than adequate to complete the 12(b)(6) deposition(s).  The court does not agree with plaintiffs that they should be permitted to depose each additional designee for seven hours.  It is further

      **ORDERED** that Plaintiffs' Withdrawal of Opposition to Defendants' Motion to Amend Scheduling Order (Docket No. 170) is granted.

Date:  April 14, 2009