IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01814-WDM-MJW

DEBBIE ULIBARRI, et al.,

      Plaintiffs,

v.

CITY & COUNTY OF DENVER, INCLUDING ITS SHERIFF DEPARTMENT, AND ITS POLICE DEPARTMENT, et al.,

      Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

      It is hereby ORDERED that Defendants' Unopposed Motion to Amend Scheduling Order [Docket No. **182,** Filed June 03, 2009] is GRANTED and  the Final Pretrial Conference set JULY 1, 2009 at 8:30 a.m.  is **vacated** and **reset** to **OCTOBER 01, 2009 at 9:00 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The Scheduling Order is amended consistent with this minute order.  Any other requests in the motion  for amendments to deadlines  will be addressed at a future date.

Date:  June 05, 2009