**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.   07-cv-01814-WDM-MJW** | FTR - Courtroom A-502 |
| Date:   June 17, 2009 | Courtroom Deputy, Ginny Kramer |
| DEBBIE ULIBARRI, et al., | Laura Schwartz |
| | Paula Greisen |
| Plaintiffs, | |
| v. | |
| DENVER, COLORADO, THE CITY AND COUNTY OF | Suzanne Fasing |
| *(actually named as City & County of Denver Colorado) including its Sheriff's Department and its Police Department, et al.,* | Thomas Bigler |
| Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**: **Telephonic Motion Hearing**

**Court in Session:   3:31 p.m.**

Court calls case.  Appearances of counsel.

Statements to counsel by the Court.

| | |
|---|---|
| 3:34 p.m. | Argument for the Plaintiff by Ms. Paula Greisen as to the plaintiffs' Motion to Amend/Correct/Modify *Plaintiffs' Motion to Amend Scheduling Order Regarding Defendant's Rebuttal Expert* [#179] filed May 19, 2009. |
| 3:38 p.m. | Argument for the Defendant by Ms. Fasing as to the plaintiff's Motion to Amend/Correct/Modify *Plaintiffs' Motion to Amend Scheduling Order Regarding Defendant's Rebuttal Expert* [#179] filed May 19, 2009. |
| 3:42 p.m. | Rebuttal argument for the Plaintiffs' by Ms. Greisen. |
| 3:45 p.m. | The Court enters Findings of fact, Conclusion of Law and Orders by the Court. |
| 3:51 p.m. | Argument for the Plaintiffs' by Ms. Greisen as to the Plaintiffs' Motion to Compel *Identification of Witness and Leave to Depose That Witness,* [#175]. |

| | |
|---|---|
| 3:56 p.m | Argument for the Defendants' by Ms. Fasing as to the Plaintiffs' Motion to Compel *Identification of Witness and Leave to Depose That Witness,* [#175]. |
| 4:03 p.m. | Rebuttal argument for the Plaintiffs' by Ms. Greisen. |
| 4:05 p.m. | The Court enters Findings of Fact, Conclusions of Law and Orders. |

**It was ORDERED**:

1. That the Plaintiff's Motion to Compel *Identification of Witness and Leave to Depose That Witness,* [#175] filed April 15, 2009, is **granted** as stated on the record. That the Defendant shall provide the name of the person who placed the handwritten notation "Declined?" next to Mr. Vigil's name on the document dated September 18, 2005, and attached as Exhibit 1 to the reply [#181], to the plaintiffs **on or before June 26, 2009.** The Plaintiff shall have two hours to depose that individual provided.

2. That the Plaintiffs' Motion to Amend/Correct/Modify *Plaintiffs' Motion to Amend Scheduling Order Regarding Defendant's Rebuttal Expert* [#179] filed May 19, 2009 is **granted** as stated on the record. Witness Mr. Haley shall appear in Denver for his disposition. The Plaintiff shall pay all travel expenses for Mr. Haley and for his deposition time. Plaintiff will have to file an Ancillary Discovery Case in the United States District Court for the Southern District of Alabama for those documents sought in Plaintiff's Subpoena Duces Tecum since Mr. Haley resides in that jurisdiction.

3. That the **Discovery Deadline** is extended to **August 17, 2009,** to complete the additional dispositions.

4. That the **Dispositive Motion Deadline** is extended to **September 17, 2009**, for the reasons stated on the record.

Hearing concluded.
**Court in recess: 4:11 p.m.**
Total In-Court Time 00:40 minutes

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.