IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 07-cv-01814-WDM-MJW

DEBBIE ULIBARRI, et al.,

    Plaintiffs,

v.

CITY & COUNTY OF DENVER, et al.,

    Defendants.

---

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** (Docket No. 202)

---

Having considered Plaintiffs' Motion for an Extension of Time to Respond to Defendants' Motions for Summary Judgment, and good cause appearing, Plaintiffs' Motion is hereby GRANTED. Plaintiffs shall have until December 18, 2009 to file their responses to Defendants' Summary Judgment Motions.

Dated: October 5, 2009

BY THE COURT:

/s/ Michael J. Watanabe
The Honorable Michael J. Watanabe
United States Magistrate Judge