IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01814-WDM-MJW

DEBBIE ULIBARRI,
ESTATE OF SHAWN FRANCISCO VIGIL,
COLORADO CROSS-DISABILITY COALITION,
COLORADO ASSOCIATION OF THE DEAF,
ROGER KREBS, and
SARAH BURKE,

Plaintiffs,

v.

CITY & COUNTY OF DENVER, INCLUDING ITS SHERIFF DEPARTMENT, AND ITS POLICE DEPARTMENT,
ALVIN LACABE,
WILLIAM LOVINGIER,
RON D. FOOS,
GARY WILSON, and
GERALD R. WHITMAN,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that the Plaintiffs' Motion for Leave to File Substitute Exhibit (Docket No. 256) is granted. The Substitute Exhibit 31 attached to Docket No. 256 shall be substituted for Exhibit 31(Docket No. 229-32) Contained in Plaintiff's Exhibits in Support of the Combined Response to Defendants' Motions for Summary Judgment (Docket No. 229).

Date: August 31, 2010