IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01814-WDM-MJW

DEBBIE ULIBARRI, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,

    Defendant.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to vacate *Daubert* hearing is granted. A status hearing is scheduled **December 15, 2010, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: October 13, 2010

                                        s/ Jane Trexler, Judicial Assistant