IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Case No.: 07-cv-01814-WDM-MJW

DEBBIE ULIBARRI, et al.,

    Plaintiffs,

v.

CITY & COUNTY OF DENVER, et al.,

    Defendants.

## STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION OF EXHIBITS

Following the completion of the Daubert Hearing, the parties stipulate:

1. That counsel for the Plaintiff shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at the Daubert hearing by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

DATED at Denver, Colorado, this 22ND day of April, 2011.

_____      _____
Attorney for the Plaintiff(s)     Attorney for the Defendant(s)

IT IS ORDERED that the stipulation is approved and that its terms are implemented forthwith.

BY THE COURT:

_____
Walker D. Miller
Senior United States District Judge

rev. 3/2/00