IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DEBBIE ULIBARRI, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 07-CV-1814-ODS ) |
| CITY & COUNTY OF DENVER, et al., | ) ) |
| Defendants. | ) |

## ORDER

The parties are reminded that a pretrial conference is scheduled to take place on February 9, 2012, 10:00 a.m. via telephone. The call is to be initiated by plaintiffs' counsel; the Court's telephone number is (816) 512-5645. Lead trial counsel are required to participate in the telephone conference.

The parties are also reminded that certain documents must be filed prior to the pretrial conference. See Scheduling and Trial Order dated October 17, 2011.

IT IS SO ORDERED.

DATE: January 23, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT