IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DEBBIE ULIBARRI, et al.,           )
                                    )
          Plaintiffs,               )
                                    )
vs.                                 )      Case No. 07-CV-1814-ODS
                                    )
CITY & COUNTY OF DENVER, et al.,   )
                                    )
          Defendants.               )

AMENDED ORDER[1]

Following a pretrial conference with the parties on February 9, 2012, it is hereby ordered as follows:

1. The parties shall have until and including February 15 to file supplemental motions in limine. Responses are due on February 17.

2. The parties shall advise the Court on or before February 17 as to whether or not they have been able to agree on a mediator to mediate this case.

3. The parties are to confer in an attempt to resolve any disputes regarding deposition designations. The parties are to advise the Court as to any remaining issues regarding deposition designations by February 27.

4. Any issues Defendants wish to raise regarding immunities from negligence claims and the scope of duties owed (that they do not believe are already addressed in Judge Miller's orders) should be presented in a Trial Brief filed on or before February 27. Plaintiffs may include a response to any such issues in their Trial Brief, the deadline for which remains the same as set in the Scheduling and Trial Order.

5. On or before March 5, the parties are to advise each other of client representatives they intend to have seated at counsel table. They shall also inform one another of the order in which witnesses will be presented.

---

[1]The amendment consists of adding provision seven.

6. If a witness will testify for both sides, the non-calling party shall combine their cross-examination and direct examination so that the witness need be called only once. The time limit for such a combined direct and cross examination will be (1) the time used on the calling party's direct examination (2) plus one hour.

7. Plaintiffs shall file their calculation of damages (not simply the amount demanded) for each of their claims on or before March 1, 2012.

IT IS SO ORDERED.

DATE: February 16, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT