IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DEBBIE ULIBARRI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   Case No. 07-CV-1814-ODS |
| | ) |
| CITY & COUNTY OF DENVER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

    The Court continues the trial that was scheduled to begin March 12, 2012.

    The trial needs to be rescheduled. On or before March 13, 2012, the parties shall confer and agree to two new possible dates to begin the 3-week trial and shall notify the Court of their agreement. The parties are advised that Court will be unavailable for trial May 14 to June 15, 2012; the entire month of October 2012; and the entire month of January 2013.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: February 28, 2012          UNITED STATES DISTRICT COURT