IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DEBBIE ULIBARRI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 07-CV-1814-ODS |
| | ) |
| CITY & COUNTY OF DENVER, et al., | ) |
| | ) |
| Defendants. | ) |

<u>ORDER (1) DIRECTING PARTIES TO SUBMIT PROPOSED DATES FOR
MEDIATION, (2) DIRECTING PLAINTIFFS TO FILE ITEMIZED STATEMENTS OF
ATTORNEY FEES UNDER SEAL, AND (3) DIRECTING DEFENDANTS TO FILE A
BRIEF REGARDING THE ORGANIZATIONAL PLAINTIFFS' STANDING</u>

1.  The Court realizes the parties attempted to mediate their disputes previously. Nonetheless, the Court believes it is in everybody's interests to try again. Even if the entire dispute cannot be resolved by agreement, it may be that portions of it can be. To that end, the Court intends to arrange for a settlement conference to be conducted by the Honorable John T. Maughmer, United States Magistrate Judge for the Western District of Missouri. The settlement conference will take place in Denver, and the available dates are:

• July 25
• July 26
• July 27
• August 1
• August 2
• August 3

The parties shall confer and agree upon a date or dates that are mutually acceptable, and advise the Court of their agreement on or before June 8, 2012. The parties are further advised that, in addition to any other requirements imposed by Judge Maughmer, individuals with full decision-making authority must be present at the Settlement Conference. By this, the Court means (for each Plaintiff) someone with

authority to dismiss all claims with prejudice without receiving relief and (for Defendants) someone with authority to confess judgment to the full extent sought by each Plaintiff.

2. The Court has reviewed Plaintiffs' Calculation of Damages, which were filed yesterday pursuant to a prior Order. The Court believes the prospects for settlement will be enhanced if Judge Maughmer knows the amount of attorney fees sought by each Plaintiff. Accordingly, on or before July 13, 2012, Plaintiffs shall file a statement documenting the attorney fees sought for each claim and each Plaintiff. The statement shall be filed under seal.

3. On December 22, 2011, the Court directed the parties to file additional briefs regarding the organizational Plaintiffs' standing. Plaintiffs' brief was to be filed in early February, and Defendants' Brief was to be filed in early March. Plaintiffs filed their Brief (Doc. # 375), but Defendants did not. This may be attributed to the events that caused the last trial continuance. Regardless, the Court would prefer to have Defendants' response to Plaintiffs' Brief. Defendants shall respond on or before June 9, 2012.

IT IS SO ORDERED.

DATE: May 16, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT