IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DEBBIE ULIBARRI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   Case No. 07-CV-1814-ODS |
| | ) |
| CITY & COUNTY OF DENVER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER (1) GRANTING DEFENDANT'S MOTION TO AMEND WITNESS LIST AND (2) DIRECTING PARTIES TO FILE SCHEDULE OF WITNESSES

1.  With no opposition from Plaintiffs filed, Defendants' Motion to Amend Witness List (Doc. # 428) is granted. Defendants are granted leave to add Roxane England and Lowell Pippenger to their witness list. In making this decision, the Court notes the Record reflects that Plaintiffs have been aware of these individuals and their connection to this dispute for quite some time, and the Court does not discern any prejudice from permitting this amendment.

2.  On or before August 24, 2012, each party shall file a schedule of witnesses. The schedule will contain the following information:

    a.  The order of witnesses to be called.
    b.  A summary of that witnesses' testimony.
    c.  The expected length of direct examination.

The Court does not necessarily intend to strictly hold the parties to the schedules submitted. The Court believes the schedules will serve as a guide and help all parties plan their time efficiently (both for their cases in chief and for cross-examination), avoid repetition, and provide an indication as to the overall length of the trial.

IT IS SO ORDERED.

DATE: August 14, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT