IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DEBBIE ULIBARRI, et al.,           )
                                   )
        Plaintiffs,                )
                                   )
vs.                                )    Case No. 07-CV-1814-ODS
                                   )
CITY & COUNTY OF DENVER, et al.,   )
                                   )
        Defendants.                )

## ORDER ESTABLISHING TIME LIMITS FOR PRESENTATION OF EVDIENCE

The Court has reviewed the parties' schedule of witnesses, which detailed the witnesses the parties intend to call, the subjects of their testimony, and the anticipated length of their testimony. Having done so, the Court believes the parties have overestimated the length of time necessary to present the evidence. In order to promote the orderly presentation of evidence, the Court will impose a time limit of twenty-five hours for each side to present their evidence. The phrase "for each side" is not intended to mean for each party; Plaintiffs have a total of twenty-five hours, and Defendant has a total of twenty-five hours. This limitation applies to all time spent questioning witnesses (on direct or cross) or otherwise presenting evidence to the jury.

The Court realizes this decision may have a significant effect on the parties' trial preparation, which is why the Court is announcing it in this Order instead of waiting for tomorrow's afternoon telephone conference. This issue can be discussed further tomorrow, along with the other issues that need to be addressed.

IT IS SO ORDERED.

DATE: August 30, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT