IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DEBBIE ULIBARRI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 07-CV-1814-ODS |
| | ) |
| CITY & COUNTY OF DENVER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER SETTING STATUS CONFERENCE

The Court believes it prudent to set a final Status Conference before trial commences. Accordingly, a Status Conference will be held at 10:30 a.m. on September 3, 2012. The Court recognizes this is a national holiday and the courthouse is closed, but the Court will arrange for admittance into the courthouse at 10:30. The parties need not be present, but counsel should have the ability to contact them if necessary.

The Court also realizes this Order is being issued on a Sunday. The parties are requested to confirm with each other that both sides are aware of this Order. In addition, the parties are directed to contact the law clerk assigned to the case, Steve Wolfe, to confirm receipt of this Order. Mr. Wolfe can be contacted at (816) 529-1701.

IT IS SO ORDERED.

DATE: September 2, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT