**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| DEBBIE ULIBARRI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   Case No. 07-CV-1814-ODS |
| | ) |
| CITY & COUNTY OF DENVER, | ) |
| | ) |
| Defendant. | ) |

## ORDER CONTINUING TRIAL SETTING

The Court continues the trial that was scheduled to begin September 4, 2012 and it will be rescheduled for October 1, 2012.  The Court's previous order regarding the continuance of trial subpoenas is still in effect, and the parties agree to provide notice to the subpoenaed individuals.

IT IS SO ORDERED.


/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: September 6, 2012                UNITED STATES DISTRICT COURT