IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DEBBIE ULIBARRI, et al.,            )
                                    )
            Plaintiffs,             )
                                    )
vs.                                 )     Case No. 07-CV-1814-ODS
                                    )
CITY & COUNTY OF DENVER, et al.,    )
                                    )
            Defendants.             )

ORDER STRIKING TRIAL SETTING

      Based on the Status Report filed on September 18, 2012, the trial setting of October 1, 2012, is canceled.

      The parties are advised that if their settlement requires the Court to vacate any of its prior orders and reinstate parties, they should file a joint request to that effect either before, or contemporaneously with, the filing of their dismissal papers.

 IT IS SO ORDERED.

DATE: September 19, 2012

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT