IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DEBBIE ULIBARRI, et al.,            )
                                    )
            Plaintiffs,             )
                                    )
vs.                                 )   Case No. 07-CV-1814-ODS
                                    )
CITY & COUNTY OF DENVER, et al.,    )
                                    )
            Defendants.             )

ORDER (1) GRANTING MOTION TO VACATE ORDER, (2) VACATING ORDER OF DISMISSAL, AND (3) REINSTATING COLORADO CROSS-DISABILITY COALITION AND COLORADO ASSOCIATION OF THE DEAF AS PLAINTIFFS

Pursuant to the parties' agreement, the Motion to Vacate Order of Dismissal (Doc. # 463) is granted.  The Order and Opinion Dismissing Colorado Cross Disability Coalition and Colorado Association of the Deaf for Lack of Standing (Doc. # 426) is vacated.

The Clerk of Court is directed to reinstate Colorado Cross Disability Coalition and Colorado Association of the Deaf as plaintiffs in this action.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: September 20, 2012            UNITED STATES DISTRICT COURT