IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01814-ODS-MJW

**DEBBIE ULIBARRI, *et al.***

Plaintiffs,

v.

**THE CITY AND COUNTY OF DENVER,**

Defendant.

**ORDER GRANTING STIPULATED
MOTION TO DISMISS WITH PREJUDICE**

This matter is before the Court on the Stipulated Motion to Dismiss with Prejudice Defendants, the City and County of Denver and Alvin LaCabe, William Lovingier, Ron D. Foos, Gary Wilson, and Gerald R. Whitman, all in their official and individual capacities.  Good grounds having been shown, it is therefore ORDERED that:

The Stipulated Motion to Dismiss with Prejudice Defendants, the City and County of Denver and Alvin LaCabe, William Lovingier, Ron D. Foos, Gary Wilson, and Gerald R. Whitman, all in their official and individual capacities is (Doc. # 466) is GRANTED.  The complaint against

Defendants, the City and County of Denver and Alvin LaCabe, William Lovingier, Ron D. Foos, Gary Wilson, and Gerald R. Whitman, all in their official and individual capacities is dismissed with prejudice, each party to pay their own attorney fees and costs.

Dated this 4th day of October, 2012.

BY THE COURT:

/s/  Ortrie D. Smith              .
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT